UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

XAVIER JAMMAL PINCKNEY, #1421296,

Petitioner,

v. Action No. 2:26cv266

JOSEPH W. WALTERS,[1]
Director of the Virginia
Department of Corrections,

Respondent.

**FINAL ORDER**

Petitioner Xavier Jammal Pinckney ("Mr. Pinckney"), a Virginia inmate, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Mr. Pinckney asserts his convictions in 2010 in the Circuit Court of Prince William County for four counts of capital murder, one count of robbery, two counts of using or displaying a firearm in the commission of a murder, and one count of using or displaying a firearm in the commission of robbery, violate the Double Jeopardy Clause of the Fifth and Fourteenth Amendments because he received multiple punishments for the same offense. *Id.* at 3–6.

The matter was referred to a United States Magistrate Judge pursuant to the

[1] Inasmuch as the petition designates an extraneous party respondent, it is **ORDERED** that the petition shall be deemed amended to substitute as the sole respondent in this proceeding Joseph W. Walters, Director of the Virginia Department of Corrections. *See* Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts.

provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. The report and recommendation, filed July 24, 2026, recommends that Mr. Pinckney's petition be dismissed without prejudice to Mr. Pinckney refiling his petition after obtaining an order authorizing the filing of a successive petition from the Court of Appeals for the Fourth Circuit. R&R at 3, ECF No. 7. Each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. *Id.* at 3–4. Mr. Pinckney filed objections to the report and recommendation on August 10, 2026. ECF No. 8.

Mr. Pinckney previously filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court challenging the same convictions, which the Court denied and dismissed with prejudice on August 4, 2017. *Pinckney v. Clarke*, No. 2:15cv276, ECF Nos. 1, 41 (E.D. Va. Aug. 4, 2017).

Mr. Pinckney's current petition, which seeks relief from the same 2010 convictions as his 2015 petition, is a successive section 2254 petition. Pursuant to 28 U.S.C. § 2244(b)(3)(A), "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." *See Felker v. Turpin*, 518 U.S. 651, 657 (1996) (holding 28 U.S.C. § 2244(b)(3) "creates a 'gatekeeping' mechanism for the consideration of second or successive applications in district court"). This Court has not received an order from the Court of Appeals for the Fourth Circuit authorizing the consideration of Mr. Pinckney's application for a

writ of habeas corpus, nor does it appear from the petition that Mr. Pinckney has moved for such an order. Therefore, this Court may not consider Mr. Pinckney's application for a writ of habeas corpus.

The Court, having reviewed the record and examined the objections filed by Mr. Pinckney to the report and recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the report and recommendation. The Court, therefore, **ORDERS** that Mr. Pinckney's petition, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

Mr. Pinckney has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003).

Mr. Pinckney is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Mr. Pinckney intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order. Mr. Pinckney may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk shall mail a copy of this Final Order to Mr. Pinckney and counsel of record for respondent.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 2, 2026
Norfolk, Virginia